UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH M. LABUGUEN,

　　　　　　Plaintiff,

　　　v.

WALNUT CREEK POLICE
DEPARTMENT, et al.,

　　　　　　Defendants.

Case No. 17-cv-01744-JCS

**ORDER DENYING AS MOOT MOTION
TO DISMISS**

Re: Dkt. No. 15

　　　　Defendants' motion to dismiss Plaintiff's original complaint (dkt. 15) is DENIED AS

MOOT in light of the parties' stipulation to Plaintiff filing an amended complaint (dkts. 25, 26).

For ease of future reference, Plaintiff is instructed to file the amended complaint that was attached

to that stipulation as a separate docket entry.

　　　　**IT IS SO ORDERED.**

Dated: August 25, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California